```
               UNITED STATES COURT OF APPEALS
                    FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA      *
       APPELLEE               *
                              *
V.                            *    No. 13-4541
                              *
                              *
JAMES BERNARD GODWIN, JR.     *
       APPELLANT              *
                              *
```

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE BRIEF AND APPENDIX**

NOW COMES Appellant, by and through Counsel, and moves this Court for an extension of time to file brief and appendix. Appellant asserts the following facts in support of this motion.

1. Appellant's Brief and Appendix are due November 29, 2013. Counsel for appellant has been not yet received the PSI and other related documents necessary for the appeal from trial counsel. In light of this, an extension of time is requested.

2. Appellant seeks an extension of time of 30 days to file Brief and Appendix.

3. Assistant United States Attorney, Jennifer May Parker, Esquire, does not oppose this Motion to Extend Time to File Brief and Appendix.

WHEREFORE, Appellant requests that this Court grant this Unopposed Motion to Extend Time to File Brief and Appendix.

Dated: November 25, 2013

                                        /s/ James S. Hewes
                                                 Attorney for Defendant
                                                 Jhewes@Maine.rr.com

269 Ocean Street
South Portland, ME 04106

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

I hereby certify that on 11/25/2013, I electronically filed the within Appellant's *Unopposed Motion to Extend Time to File Brief and Appendix* with the Clerk of Court using the CM/ECF system which will send notification of such filing to Jennifer May Parker, Esquire.

                                        /s/ James S. Hewes
                                                 Attorney for Defendant
                                                 Jhewes@Maine.rr.com